PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>MARIA Y. PIMENTEL,<br><br>           Defendant. | Citation No. 1:16-po-00151-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00151-SAB against MARIA Y. PIMENTEL without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 30, 2016               Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      Acting United States Attorney

                                    By:    /s/ Michael G. Tierney
                                                   MICHAEL G. TIERNEY
                                                   Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00151-SAB against MARIA Y. PIMENTEL be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 3, 2016**

_____
UNITED STATES MAGISTRATE JUDGE